# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MAHONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No.: CV11-10014-SVW-(AJWx)<br><br>ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE<br><br>JS-6 |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: June 28, 2012          By: _____
　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　United States District Court Judge